IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Paula Zelesnik,

    Plaintiff(s),

vs.

City of Cincinnati, et al.,

    Defendant(s).

Case Number: 1:18cv685

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 3, 2018 (Doc. 6), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired October 17, 2018, hereby ADOPTS said Report and Recommendation.

The Report and Recommendation was returned twice (Docs. 7 and 8) as Undeliverable/Unable to Forward.

Accordingly, plaintiff's complaint is DISMISSED with prejudice.

The Court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, plaintiff is DENIED leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd*

*v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

      IT IS SO ORDERED.

                                                                    _____
                                                                    Judge Susan J. Dlott
                                                                    United States District Court